UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          CASE NO.: 08-22450-BKC-LMI
                                                                Chapter 7
**WADE JONES**
SS #XXX-XX-0188
_____Debtor(s)._____/

# 291832

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( X )  The trustee has a balance of $___10.05___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

( )    the disbursing agent in a chapter 11 liquidating plan has $_____ in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: August 22, 2011                        /s/ Joel L. Tabas
                                             Joel L. Tabas
                                             Chapter 7 Trustee
                                             One Flagler Building
                                             14 Northeast First Ave., Penthouse
                                             Miami, FL  33132
                                             Telephone: (305) 375-8171
                                             Telefax: (305) 381-7708

## DIVIDENDS REMITTED TO THE COURT
Check Number 107 Dated 08/22/11
Case Number 08-22450 - JONES, WADE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Cavalry Portfolio Services, LLC<br>7 Skyline Dr 3rd Flr<br>Hawthorne NY 10532 | 000002 | 869.46 | 4.35 |
| Cavalry Portfolio Services, LLC<br>7 Skyline Dr 3rd Flr<br>Hawthorne NY 10532 | 000003 | 640.79 | 3.21 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000004 | 496.70 | 2.49 |
| ----------- Remittance Total --------------- | | 2,006.95 | 10.05 |